# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

### SOUTHERN DIVISION

**ARMADA OIL & GAS COMPANY,**
**INC.**, a Michigan corporation,

              Plaintiffs,

-v-

**NAS COMPANY, CORPORATION,**
a Michigan corporation, and **MARATHON**
**FLINT OIL COMPANY**, a Michigan
corporation

              Defendant.

Case No.: 2:06-cv-10270

Hon. Marianne O. Battani

_____/

**SALEH & ASSOCIATES, PLC**
ALEX SALEH (P56756)
DOUGLAS R. SWATOSH (P66199)
Counsel for Plaintiffs
921 Howard Street
Dearborn, Michigan 48124
(313) 724-8080 / Fax 724-8180

---

## PLAINTIFFS' VOLUNTARY DISMISSAL AS TO DEFENDANTS NAS COMPANY, COPRPORATION AND MARATHON FLINT OIL COMPANY

---

Plaintiff, ARMADA OIL & GAS COMPANY, INC., by and through its attorneys,

SALEH & ASSOCIATES, PLC, pursuant to Fed. R. Civ. P. 41, voluntarily dismisses this action

without prejudice against Defendants NAS Company, Corporation and Marathon Flint Oil Company.

This dismissal disposes of all claims in relation to this matter.


Respectfully submitted,

**SALEH & ASSOCIATES, PLC**


s/Douglas R. Swatosh (P66199)
Alex Saleh (P56756)
Douglas R. Swatosh (P66199)
Counsel for Plaintiff
921 Howard Street
Dearborn, Michigan 48124
(313) 724-8080 / Fax 724-8180
dswatosh@salehlegal.com

Dated: May 25, 2006

# United States District Court
# Eastern District of Michigan



## *Summons in a Civil Action and Return of Service Form*

06-10270  Battani

**Case Number and Judge Assignment (to be supplied by the Court)**

**Plaintiff(s) Name**

Armada Oil & Gas Co.

vs.

**Defendant(s) Name**

Marathon Flint Oil Company

**Plaintiffs attorney, address and telephone:**

Saleh & Associates, PLC
Alex Saleh (P56756)
921 Howard, Dearborn, MI 48124
(313) 724-8080

**Name and address of defendant being served:**

1919 S. Dort Hwy.
Flint, Michigan 48503

## To the defendant

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1.  You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within ___20___ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2.  You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3.  Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
**Deputy Clerk**

1/20/06
**Date of issuance**

PAGE 1 OF 2

INT-0131-MIE-REV. 12/93 06/99

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _____

Date of service: _____

### Method of Service

☐   Personally served at this address: _____

_____

☐   Left copies at the defendant's usual
place of abode with (name of person): _____

    At this address: _____

_____

☐   Other (please specify): _____

_____

Service fees:   Travel $ _____   Service $ _____   Total $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

_____    _____
Date                              Signature of server

                                        _____
                                        Server's printed name

                                        _____
                                          Server's address

# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

Case Number and Judge Assignment (to be supplied by the Court)

06 - 10270
Battani

**Plaintiff(s) Name**

Armada Oil & Gas Co.

vs.

**Defendant(s) Name**

NAS Company, Corporation

**Plaintiffs attorney, address and telephone:**

Saleh & Associates PLC
Alex Saleh (P56756)
921 Howard, Dearborn, MI 48124
(313) 724-8080

**Name and address of defendant being served:**

116 S. Gratiot
Mt. Clemens, Michigan
48043

*To the defendant*

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within ___20___ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
**Deputy Clerk**

_____1/20/06_____
Date of issuance

PAGE 1 OF 2

INT-0131-MIE-REV. 12/93 06/99

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _____

Date of service: _____

## Method of Service

☐   Personally served at this address: _____

_____

☐   Left copies at the defendant's usual
     place of abode with (name of person): _____

     At this address: _____

_____

☐   Other (please specify): _____

_____

Service fees:   Travel  $ _____   Service  $ _____   Total  $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

_____          _____
Date                                                         Signature of server

_____
Server's printed name

_____
Server's address